# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MUAMAR SAYYED<br><br>v.<br><br>JAMIE HAYES, ET AL. | §<br>§  Civil Action No. 4:22-CV-499<br>§  (Judge Mazzant/Judge Nowak)<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 11, 2023, the report of the Magistrate Judge (Dkt. #10) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Muamar Sayyed's complaint against Defendants Jamie Hayes, Cpl. FNU Moore, Lt. FNU McDonald, Sherri Robinson, Officer FNU Palmer, Officer FNU Gendrin, and Officer FNU Thomas be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Muamar Sayyed's complaint is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 10th day of February, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE